JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOEMI BENITEZ,<br><br>Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:25-cv-01776-SB-JPR<br><br>**ORDER TO DISMISS** |

Pursuant to the stipulation of the parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Date: August 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge